**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roberto AGUILAR–ESCOBEDO,**
**Defendant–Appellant.**

**No. 10–16976.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 25, 2011.[*]

Filed Oct. 26, 2011.

Hemant Hari Kewalramani, Lee, Jorgensen, Pyle & Kewalramani, PC, Irvine, CA, Richard C. Cheng, Esquire, Assistant U.S., Office of the U.S. Attorney, San Jose, CA, for Plaintiff–Appellee.

Roberto Aguilar–Escobedo, Pekin, IL, pro se.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Roberto Aguilar–Escobedo appeals pro se from the district court's order denying his motion under 28 U.S.C. § 2255. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Aguilar–Escobedo contends that his attorney was ineffective for failing to present a sentencing entrapment defense at trial. As the district court concluded, counsel's representation did not fall below an objective standard of reasonableness. *See Strickland v. Washington,* 466 U.S. 668, 687–88, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).